IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KATHRYN PHILLIPS, | § | |
| | § | No. 390, 2016 |
| Appellant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S15A-12-004 |
| JOHNNY JANOSIK, INC. and | § | |
| UNEMPLOYMENT INSURANCE | § | |
| APPEALS BOARD, | § | |
| | § | |
| Appellees Below, | § | |
| Appellees. | § | |

Submitted: October 7, 2016
Decided: December 12, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 12th day of December 2016, after consideration of the appellant's opening brief and the record on appeal,[1] we find it evident that the judgment of the Superior Court should be affirmed on the basis of the court's letter opinion dated June 28, 2016.[2]

---

[1] Johnny Janosik, Inc. ("Johnny Janosik") did not file an answering brief. The Unemployment Insurance Appeal Board ("UIAB") informed the Court that it would not submit an answering brief because it did not take a position on the merits of the case in the Superior Court and that it did not have a cognizable interest in having its rulings sustained as a body acting in a judicial or quasi-judicial capacity.

[2] *Phillips v. Unemployment Ins. Appeals Bd.*, 2016 WL 3610803 (Del. June 28, 2016).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice